No. 738. BROOKS *v.* JACK'S COOKIE Co. C. A. 4th Cir. Certiorari denied. *John K. Pickens* for petitioner. *William K. Van Allen* for respondent.

No. 742. KANSAS CITY SOUTHERN RAILWAY Co. *v.* CAGLE. C. A. 10th Cir. Certiorari denied. *Kelly Brown* and *John M. Wheeler* for petitioner. *William H. DeParcq* and *Pat Malloy* for respondent.

No. 746. NICKOLA ET AL. *v.* UNITED STATES GOVERNMENT POST OFFICE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied. *Andrew J. Transue* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for respondents.

No. 753. DULUTH STEAMSHIP Co. *v.* ALLIED CHEMICAL & DYE CORP.—SEMET SOLVAY DIVISION. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied. *John M. Aherne* for petitioner. *Harold J. Adams* for respondent.

No. 762. DALLY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Clifford Hoof* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Rice, Lee A. Jackson* and *L. W. Post* for respondent.

No. 767. EASTER *v.* EISENHOWER, PRESIDENT OF THE UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attor-*